106 A.3d 669

Mark Anthony ROBINSON, Petitioner

v.

AS YET UNIDENTIFIED SCI–ROCKVIEW SUPERVISORS in Both their Official and Individual Capacities, Brian Thompson, Deputy Superintendant for Facility Management, Robert Marsh, Deputy Superintendant for Centralized Services, Captain Dale, Unit Manager, Granlund, Jeffrey Rackovan, Grievance Coordinator/Superintendant Assistant, Lt. Grice, Officer Van Gorder, Officer Baney, Officer Davis, Officer John Doe 1, Officer John Doe 2, 'Brenda', LPN, 'Pam', LPN, 'Ted' (William) Williams, Chief Health Care Administrator, Respondents.

Supreme Court of Pennsylvania.

Dec. 17, 2014.

## ORDER

PER CURIAM.

AND NOW, this 17th day of December, 2014, the Petition for Allowance of Appeal and "Motion for Good Cause" are **DENIED.**

106 A.3d 670

James D. SCHNELLER, Keepradnorsafe.com

v.

PENNSYLVANIA LIQUOR CONTROL BOARD

Pietro's Italian Restaurant, Intervenor.

Petition of James D. Schneller.

Supreme Court of Pennsylvania.

Dec. 17, 2014.